

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00356-CV

| | | |
|---|---|---|
| In re J.D., Relator | § | Original Proceeding |
| | § | 323rd District Court of Tarrant County, Texas |
| | § | Trial Court No. 323-116115-21 |
| | § | November 12, 2021 |
| | § | Memorandum Opinion by Justice Wallach |

## JUDGMENT

This court has considered relator's petition for writ of habeas corpus and holds that the petition should be granted. Accordingly, we conditionally grant the petition for writ of habeas corpus, direct the trial court to vacate the September 27, 2021 contempt order, and order Relator J.D. discharged from any further confinement under that order.

SECOND DISTRICT COURT OF APPEALS


By _/s/ Mike Wallach_____
    Justice Mike Wallach